(Official Form 1) (9/97)

FORM B1

# United States Bankruptcy Court
## Northern District of Illinois

**VOLUNTARY PETITION**

| Debtor | Joint Debtor |
|---|---|
| Name of Debtor (If individual, enter Last, First, Middle): Perez, Ramiro | Name of Joint Debtor (Spouse)(Last, First, Middle): Perez, Jenny |
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): None | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): Jenny P. Perez |
| Soc.Sec./Tax I.D. No. (If more than one, state all): XXX-XX-0059 | Soc.Sec./Tax I.D. No. (If more than one, state all): XXX-XX-7483 |
| Street Address of Debtor (No. & Street, City, State & Zip Code): 1775 Lincoln<br>Des Plaines, IL 60018 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): 1775 Lincoln<br>Des Plaines, IL 60018 |
| County of Residence or of the Principal Place of Business: Cook | County of Residence or of the Principal Place of Business: Cook |
| Mailing Address of Debtor (if different from street address): 1775 Lincoln<br>Des Plaines, IL 60018 | Mailing Address of Joint Debtor (if different from street address): 1775 Lincoln<br>Des Plaines, IL 60018 |

Location of Principal Assets of Business Debtor
(If different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check any applicable box)

☒ Individual(s) ☐ Railroad
☐ Corporation ☐ Stockbroker
☐ Partnership ☐ Commodity Broker
☐ Other ____________

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☒ Chapter 7 ☐ Chapter 11 ☐ Chapter 13
☐ Chapter 9 ☐ Chapter 12
☐ Sec. 304 - Case Ancillary to Foreign Proceeding

**Nature of Debts** (Check one box)

☒ Consumer/Non-Business ☐ Business

**Filing Fee** (Check one box)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 USC §101.

☐ Debtor is and elects to be considered a small business under 11 USC §1121(e)(Optional)

**Statistical/Administrative Information (Estimates Only)**

THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☒ Debtor estimates that, after any exempt property is excluded and administrative expenses pai[d] [there] will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 09/10/2004
Time: 9:41:11
Debtor: RAMIRO PEREZ
Case: 04-33548 Fee : 209
Chapter: 7 Rec. # : 3100273
Judge: Jacqueline Cox
341 mtg: 10/15/2004 @ 03:30PM
Trustee: PHILLIP MARTINO
1:04BK33548-BK001



Copyright 1997 M. Mohr, Inc. [1-800-998-2424]

(Official Form 1) (9/97)

**Voluntary Petition**
*(This page must be completed and filed in every case)*

**FORM B1**, Page 2

Name of Debtor(s): Perez, Ramiro

**Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attached additional sheet)**

| Location Where Filed: | Case Number: | Date: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attached additional sheet)**

| Name of Debtor: | Case Number: | Date: |
|---|---|---|
| Relationship: | District: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ______________________
Signature of Debtor Perez, Ramiro

X ______________________
Signature of Joint Debtor Perez, Jenny

______________________
Telephone Number (if not represented by attorney)

______________________
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition if true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ______________________
Signature of Authorized Individual

______________________
Printed Name of Authorized Individual

______________________
Title of Authorized Individual

______________________
Date

**Signature of Attorney**

X ______________________
Signature of Attorney for Debtor(s)

Scott E. Bellgrau #6271938
Printed Name of Attorney for Debtor(s)

Law Offices Of Scott E. Bellgrau
Firm Name

229 W. Grand Avenue, Ste. X
Address

Bensenville, IL 60106

(630) 595-1340
Telephone Number

______________________
Date

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

______________________
Printed or Typed Name of Bankruptcy Petition Preparer

______________________
Social Security Number

______________________
Address

______________________

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document: If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.

X ______________________
Signature of Bankruptcy Petition Preparer

______________________
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X ______________________
Signature of Attorney for Debtor(s) Date



Copyright 1997 M. Mohr, Inc. [1-800-998-2424]

**UNITED STATES BANKRUPTCY COURT**

# NOTICE TO INDIVIDUAL CONSUMER DEBTOR(S)

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Neither the judge nor the court's employees may provide you with legal advice.

**Chapter 7: Liquidation ($155 filing fee plus $45 administrative fee)***

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.
2. Under Chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.
3. The purpose of filing a Chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.
4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.
5. Under certain circumstances you may keep property that you have purchased subject to a valid security interest. Your attorney can explain the options that are available to you.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $30 administrative fee)***

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for Chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2. Under Chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually the period allowed by the court to repay your debts is three years, but not more than five years. Your plan must be approved by the court before it can take effect.
3. Under Chapter 13, unlike Chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.
4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

**Chapter 11: Reorganization ($830 filing fee)***

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision for an individual to file a Chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer ($230 filing fee)***

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to a Chapter 13. The eligibility requirements are restrictive, limiting its use to those who income arises primarily from a family owned farm.

* Fees are subject to change and should be confirmed before filing.

## ACKNOWLEDGEMENT

I, the debtor, affirm that I have read this notice.

Case Number

Date Perez, Ramiro Debtor Perez, Jenny Joint Debtor, if any

**INSTRUCTIONS:** If the debtor is an individual, a copy of this notice personally signed by the debtor must accompany any bankruptcy petition filed with the Clerk. If filed by joint debtors, the notice must be personally signed by each. Failure to comply may result in the petition not being accepted for filing.


Copyright 1995 M. Mohr, Inc. [1-800-998-2424]

**United States Bankruptcy Court**
**Northern District of Illinois**

**IN RE**

Perez, Ramiro
None
XXX-XX-0059

1775 Lincoln
Des Plaines, IL 60018

& Perez, Jenny
Jenny P. Perez
XXX-XX-7483

1775 Lincoln
Des Plaines, IL 60018

Case No. ____________

**DEBTOR(S)** Chapter 7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. §329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .......... $ 750.00

   Prior to the filing of this statement I have received .......... $ 750.00

   Balance Due .......... $ ________

2. The source of the compensation paid to me was: ☒ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is: ☒ Debtor ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

________________________ Date

________________________ Signature of Attorney

Law Offices Of Scott E. Bellgrau
Name of Law Firm



Copyright 1995 M. Mohr, Inc. [1-800-998-2424]

**United States Bankruptcy Court**
**Northern District of Illinois**

**IN RE**

Perez, Ramiro
None
XXX-XX-0059
1775 Lincoln
Des Plaines, IL 60018

& Perez, Jenny
Jenny P. Perez
XXX-XX-7483
1775 Lincoln
Des Plaines, IL 60018

Case No. ______________

**DEBTOR(S)** Chapter 7

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| | NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | AMOUNTS SCHEDULED ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|---|
| A | Real Property | Yes | 1 | 300,000.00 | | |
| B | Personal Property | Yes | 4 | 25,750.00 | | |
| C | Property Claimed as Exempt | Yes | 1 | | | |
| D | Creditors Holding Secured Claims | Yes | 1 | | 326,516.24 | |
| E | Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F | Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 101,867.10 | |
| G | Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H | Codebtors | Yes | 1 | | | |
| I | Current Income of Individual Debtor(s) | Yes | 1 | | | 4,960.00 |
| J | Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 4,660.00 |
| | **Total Number of Sheets of All Schedules** | | 21 | | | |
| | | | **Total Assets** | 325,750.00 | | |
| | | | | **Total Liabilities** | 428,383.34 | |



Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

**IN RE** Perez, Ramiro **Case No.** ______
Debtor(s)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1775 Lincoln, Des Plaines, IL 60018 | | | 300,000.00 | 294,493.24 |
| | | **TOTAL** | 300,000.00 | |

(Report also on Summary of Schedules)



Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

IN RE Perez, Ramiro Case No. ____________
Debtor(s)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attached a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions only in Schedule C - Property Claimed as Exempt.

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Financial account | | 200.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | Household goods | | 2,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing | | 100.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |


Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

IN RE Perez, Ramiro Case No. ____________
Debtor(s)

# SCHEDULE B - PERSONAL PROPERTY (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |


Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

IN RE Perez, Ramiro Case No. ______
Debtor(s)

# SCHEDULE B - PERSONAL PROPERTY (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1997 Dodge Stratus<br>1999 Dodge Ram<br>2001 Honda CRV | | 4,450.00<br>5,550.00<br>13,450.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |


Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

IN RE Perez, Ramiro Case No.
Debtor(s)

# SCHEDULE B - PERSONAL PROPERTY (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed, such as season tickets. Itemize. | X | | | |
| | | | TOTAL | 25,750.00 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

0 continuation sheets attached


Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

IN RE Perez, Ramiro Case No. ____________
Debtor(s)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for 180 immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Household goods and furnishings | | | |
| Household goods | 735 ILCS 5/12-1001(b) | 2,000.00 | 2,000.00 |
| Wearing apparel | | | |
| Clothing | 735 ILCS 5/12-1001(a)(e) | 100.00 | 100.00 |
| Automobiles, trucks, trailers, and other vehicles | | | |
| 1997 Dodge Stratus | 735 ILCS 5/12-1001(c) | | 4,450.00 |
| 1999 Dodge Ram | 735 ILCS 5/12-1001(c) | 3,000.00 | 5,550.00 |
| 2001 Honda CRV | 735 ILCS 5/12-1001(c) | | 13,450.00 |


Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

**IN RE** Perez, Ramiro
Debtor(s)
**Case No.**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H","W","J", or "C", respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED NATURE OF LIEN AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL / UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 411711-00-518716-1<br>Beneficial<br>617 W. Golf Road<br>Des Plaines, IL 60018 | | | Mortgage on residence.<br>Value $ 300,000.00 | | | | 294,493.24 |
| ACCOUNT NO. 1002591538<br>Chrysler Financial<br>P.O. Box 2993<br>Milwaukee, WI 53201-2993 | X | | Total amount due on 1997 Dodge Stratus.<br>Value $ 4,450.00 | | | | 3,000.00 |
| ACCOUNT NO.<br>Ford Motor Credit Company<br>P.O. Box 6508<br>Mesa, AZ 85216-6508 | | | Total amount due on 2002 Mercury Sable.<br>Value $ 9,000.00 | | | | 15,023.00<br>6,023.00 |
| ACCOUNT NO.<br>Honda Financial Services<br>P.O. Box 5308<br>Elgin, IL 60121-5308 | X | | Total amount due on 2001 Honda CRV.<br>Value $ 13,450.00 | | | | 14,000.00<br>550.00 |

0 Continuation Sheets attached

Subtotal (Total of this page) 326,516.24

(Complete only on last sheet of Schedule D) **TOTAL** 326,516.24

(Report total also on Summary of Schedules)



Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

IN RE Perez, Ramiro Case No. ______
Debtor(s)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H","W","J", or "C", respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the Total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. §507(a)(2)

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4300* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. §507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. §507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4300* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $1,950* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. §507(a)(6)

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Other Certain Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. §507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. §507(a)(9).

* Amounts are subject to adjustment on April 1, 2001, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

______ Continuation Sheets attached


Copyright 1998 M. Mohr, Inc. [1-800-998-2424]

IN RE Perez, Ramiro Case No. ____________

Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H","W","J", or "C", respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4777210844979466<br>Action Card<br>P.O. Box 5052<br>Sioux Falls, SD 57117-5052 | | | Credit card purchases. | | | | 314.00 |
| ACCOUNT NO. AMB0227000013<br>Alexican Brothers Behaviora<br>Health Hospital | | | Medical expenses. | | | | 6,895.30 |
| ACCOUNT NO.<br>Albert Speisman &<br>Associates, P.C.<br>P.O. Box 637<br>Highland Park, IL 60035 | | | Assignee or other notification for:<br>Alexican Brothers Behavio | | | | |
| ACCOUNT NO. 3305110853101<br>AT&T<br>2001 York Road<br>Oakbrook, IL 60523-8899 | | | Phone bill. | | | | 266.60 |

8 Continuation Sheets attached

| | |
|---|---|
| Subtotal (Total of this page) | 7,475.90 |
| (Complete only on last sheet of Schedule F) TOTAL | |

(Report total also on Summary of Schedules)



Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

IN RE Perez, Ramiro Debtor(s) Case No.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>NCO Financial Systems Inc<br>507 Prudential Road<br>Horsham, PA 19044 | | | Assignee or other notification for: AT&T | | | | |
| ACCOUNT NO.<br>Risk Management<br>1500 Commerce Drive<br>Mendota Heights<br>MN 55120-1025 | | | Assignee or other notification for: AT&T | | | | |
| ACCOUNT NO. Case 00 M1-156881<br>Bruce M. Wamboldt<br>LGH vs Ramiro Perez<br>6348 N. Milwaukee<br>Chicago, IL 60646 | | | Medical expenses. | | | | 4,000.00 |
| ACCOUNT NO. 0003644<br>Business Office<br>1400 E. Irving Park Road<br>Streamwood, IL 60107 | | | Medical expenses. | | | | 2,700.00 |
| ACCOUNT NO. 4388642028758996<br>Capital One<br>P.O. Box 60000<br>Seattle, WA 98190-6000 | | | | | | | 526.20 |

Sheet 1 of 8 Continuation Sheets attached to Schedule F

Subtotal (Total of this page) 7,226.20

(Complete only on last sheet of Schedule F) TOTAL

(Report total also on Summary of Schedules)



Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

IN RE Perez, Ramiro Debtor(s) Case No.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Allied Interstate<br>P.O. Box 361774<br>Colombus, OH 43236 | | | Assignee or other notification for: Capital One | | | | |
| ACCOUNT NO.4121741601011864<br>Capital One<br>P.O. Box 34631<br>Seattle, WA 98190-6000 | | | Credit card purchases. | | | | 476.77 |
| ACCOUNT NO.48XW0K<br>Cingular Wireless<br>P.O. Box 6428<br>Carol Stream, IL 60197-6428 | | | Phone bill. | | | | 295.63 |
| ACCOUNT NO.<br>NCO Financial Systems Inc<br>507 Prudential Road<br>Horsham, PA 19044 | | | Assignee or other notification for: Cingular Wireless | | | | |
| ACCOUNT NO.5424180271455443<br>Citi Drivers Edge Card<br>P.O. Box 6415<br>The Lakes, NV 88901 | | | Credit card purchases. | | | | 1,852.88 |

Sheet 2 of 8 Continuation Sheets attached to Schedule F

Subtotal (Total of this page) 2,625.28

(Complete only on last sheet of Schedule F) TOTAL

(Report total also on Summary of Schedules)



Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

IN RE Perez, Ramiro
Debtor(s)
Case No.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.670901450322877<br>Citi Financial<br>6010 Fairview Rd., Ste 105<br>Charlotte, NC 28222 | | | Credit card purchases. | | | | 3,869.00 |
| ACCOUNT NO.4227097483451345<br>Cross Country Bank<br>P.O. Box 310711<br>Boca Raton, FL 33431-0711 | | | Credit card purchases. | | | | 2,223.94 |
| ACCOUNT NO.4227097254943363<br>Cross Country Bank<br>Silver Card Preferred<br>P.O. Box 310711<br>Boca Raton, FL 33431-0711 | | | Credit card purchases. | | | | 3,452.56 |
| ACCOUNT NO.533174<br>Department Of Human Service<br>401 S. Clinton<br>Chicago, IL 60607 | | | | | | | 25,705.40 |
| ACCOUNT NO.6004665262504965<br>Fashion Bug<br>P.O. Box 856021<br>Louisville, KY 40285-6021 | | | Credit card purchases. | | | | 210.08 |

Sheet 3 of 8 Continuation Sheets attached to Schedule F

Subtotal (Total of this page) 35,460.98

(Complete only on last sheet of Schedule F) TOTAL

(Report total also on Summary of Schedules)


Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

IN RE Perez, Ramiro
Debtor(s)
Case No.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 00011863347<br>Holy Family Medical Center | | | Medical expenses. | | | | 317.13 |
| ACCOUNT NO.<br>RMP, Inc.<br>File No. 20-64915-0<br>P.O. Box 925<br>Rosemont, IL 60018 | | | Assignee or other notification for:<br>Holy Family Medical Cente | | | | |
| ACCOUNT NO. 6105616<br>Holy Family Medical Center | | | Medical expenses. | | | | 6,855.50 |
| ACCOUNT NO.<br>ICS Collection Service<br>P.O. Box 646<br>Oak Lawn, IL 60454-0646 | | | Assignee or other notification for:<br>Holy Family Medical Cente | | | | |
| ACCOUNT NO. 5407312051348187<br>Household Bank<br>P.O. Box 17051<br>Baltimore, MD 21297 | | | Credit card purchases. | | | | 423.62 |

Sheet 4 of 8 Continuation Sheets attached to Schedule F

Subtotal (Total of this page) 7,596.25

(Complete only on last sheet of Schedule F) TOTAL

(Report total also on Summary of Schedules)



Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

IN RE Perez, Ramiro Debtor(s) Case No.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.308<br>Jacob L. Moskovic, M.D.,S.C.<br>120 West Eastman, Unit 202<br>Arlington Heights, IL 60004 | | | Medical expenses. | | | | 225.00 |
| ACCOUNT NO.<br>Law Offices<br>Elena M Duarte<br>5901 N. Cicero Avenue<br>Chicago, IL 60646 | | | Attorney fees. | | | | 1,771.67 |
| ACCOUNT NO.686346222<br>New York & Company<br>P.O. Box 659728<br>San Antonio, TX 78265 | | | Credit card purchases. | | | | 87.66 |
| ACCOUNT NO.5440450052280843<br>Orchad Bank<br>P.O. Box 80084<br>Salinas, CA 93912-0084 | | | Credit card purchases. | | | | 1,033.08 |
| ACCOUNT NO.5542850800616833<br>Providian Financial<br>P.O. Box 660763<br>Dallas, TX 75266-0763 | | | Credit card purchases. | | | | 900.00 |

Sheet 5 of 8 Continuation Sheets attached to Schedule F

Subtotal (Total of this page) 4,017.41

(Complete only on last sheet of Schedule F) TOTAL

(Report total also on Summary of Schedules)



Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

IN RE Perez, Ramiro Debtor(s) Case No.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Creditors Interchange<br>P.O.Box 1335<br>Buffalo, NY 14240-1335 | | | Assignee or other notification for: Providian Financial | | | | |
| ACCOUNT NO.4465682200563984<br>Providian Financial<br>P.O. Box 660763<br>Dallas, TX 75266-0763 | | | Credit card purchases. | | | | 9,922.36 |
| ACCOUNT NO.4479410900404315<br>Providian Financial<br>P.O. Box 660763<br>Dallas, TX 75266-0763 | | | Credit card purchases. | | | | 3,301.76 |
| ACCOUNT NO.12032835<br>Ressurection Health Care<br>100 North River Road<br>Des Plaines, IL 60016 | | | Medical expenses. | | | | 694.50 |
| ACCOUNT NO.11896784<br>Ressurection Health Care<br>100 N. River Road<br>Des Plaines, IL 60016-1278 | | | Medical expenses. | | | | 492.50 |

Sheet 6 of 8 Continuation Sheets attached to Schedule F

Subtotal (Total of this page) 14,411.12

(Complete only on last sheet of Schedule F) TOTAL

(Report total also on Summary of Schedules)



Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

IN RE Perez, Ramiro Case No. ____________
Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.12023453<br>Ressurection Health Care<br>100 N. River Road<br>Des Plaines, IL 60016-1278 | | | Medical expenses. | | | | 697.50 |
| ACCOUNT NO.12036349<br>Ressurection Health Care<br>100 N. River Road<br>Des Plaines, IL 60016-1278 | | | Medical expenses. | | | | 4,649.85 |
| ACCOUNT NO.<br>RMP, Inc.<br>P.O. Box 830913<br>Birminham, AL 35283 | | | Assignee or other notification for: Ressurection Health Care | | | | |
| ACCOUNT NO.134617<br>Superior Air Ground<br>Amb Serv<br>P.O. Box 1407<br>Elmhurst, IL 60126 | | | Medical expenses. | | | | 706.61 |
| ACCOUNT NO.<br>Susana Paredes<br>1775 Lincoln<br>Des Plaines, IL 60018 | | | Total amount due on 1997 Dodge Stratus. | | | | 3,000.00 |

Sheet 7 of 8 Continuation Sheets attached to Schedule F

Subtotal (Total of this page) 9,053.96

(Complete only on last sheet of Schedule F) TOTAL ____________

(Report total also on Summary of Schedules)


Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

IN RE Perez, Ramiro Case No. ______
Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Yolanda Paredes<br>1775 Lincoln<br>Des Plaines, IL 60018 | | | Total amount due on 2001 Honda CRV. | | | | 14,000.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet 8 of 8 Continuation Sheets attached to Schedule F

Subtotal (Total of this page) 14,000.00

(Complete only on last sheet of Schedule F) TOTAL 101,867.10

(Report total also on Summary of Schedules)



Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

IN RE Perez, Ramiro
Debtor(s)
Case No.

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete addresses of all other parties to each lease or contract described.

**NOTE:** A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |


Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

IN RE Perez, Ramiro
Debtor(s)

Case No.

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Yolanda Paredes<br>1775 Lincoln<br>Des Plaines, IL 60018 | Honda Financial Services<br>P.O. Box 5308<br>Elgin, IL 60121-5308 |
| Susana Paredes<br>1775 Lincoln<br>Des Plaines, IL 60018 | Chrysler Financial<br>P.O. Box 2993<br>Milwaukee, WI 53201-2993 |


Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

IN RE Perez, Ramiro Case No. ____________
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| Married | Adrian Perez | 13 | Son |
| | Ernesto Perez | 10 | Son |
| | Chelsea Perez | 7 | Daughter |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Dispatcher | Customer Service |
| Name of Employer | Daman Express, Inc | Milwaukee Ballard Currency Ex |
| How long employed | 9 Years | 2 Years |
| Address of Employer | 523 Thomas Dr.<br>Bensenville, IL 60106 | 9107 Milwaukee Avenue<br>Niles, IL 60714 |

| | DEBTOR | SPOUSE |
|---|---|---|
| Income: (Estimate of average monthly income) | | |
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 3,760.00 | $ 1,200.00 |
| Estimated monthly overtime | $ | $ |
| **SUBTOTAL** | $ 3,760.00 | $ 1,200.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ | $ |
| b. Insurance | $ | $ |
| c. Union dues | $ | $ |
| d. Other (Specify) | $ | $ |
| | $ | $ |
| **SUBTOTAL OF PAYROLL DEDUCTIONS** | $ | $ |
| **TOTAL NET MONTHLY TAKE HOME PAY** | $ 3,760.00 | $ 1,200.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| Income from real property | $ | $ |
| Interest and dividends | $ | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| Social Security or other government assistance<br>Specify | $ | $ |
| Other monthly income<br>Specify | $ | $ |
| | $ | $ |
| | $ | $ |
| **TOTAL MONTHLY INCOME** | $ 3,760.00 | $ 1,200.00 |

**TOTAL COMBINED MONTHLY INCOME** $ 4,960.00 (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

None


Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

IN RE Perez, Ramiro Case No. ____________
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 3,150.00 |
| Are real estate taxes included? Yes ____ No X | |
| Is property insurance included? Yes ____ No X | |
| Utilities: Electricity and heating fuel | $ 70.00 |
| Water and sewer | $ 40.00 |
| Telephone | $ 50.00 |
| Other Gas | $ 40.00 |
| Home maintenance (repairs and upkeep) | $ |
| Food | $ 600.00 |
| Clothing | $ 100.00 |
| Laundry and dry cleaning | $ |
| Medical and dental expenses | $ |
| Transportation | $ |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ |
| Charitable contributions | $ |
| Insurance: (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | $ 50.00 |
| Life | $ |
| Health | $ 560.00 |
| Auto | $ |
| Other ____ | $ |
| Taxes (not deducted from wages or included in home mortgage payments) (Specify) ____ | $ |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
| Auto | $ |
| Other ____ | $ |
| Other ____ | $ |
| Alimony, maintenance, and support paid to others | $ |
| Payments for support of additional dependents not living at your home | $ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| Other ____ | $ |
| **TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)** | **$ 4,660.00** |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A. Total projected monthly income | $ |
| B. Total projected monthly expenses | $ |
| C. Excess income (A minus B) | $ |
| D. Total amount to be paid into plan each ____ (interval) | $ |


Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

IN RE Perez, Ramiro Case No. ____________
Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 21 (Total shown on summary page plus 1) sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: ____________ Signature: ____________
Perez, Ramiro
Debtor

Date: ____________ Signature: ____________
Perez, Jenny
(Joint Debtor, if any)

[If joint case, both spouses must sign.]

**CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed or Typed Name of Bankruptcy Petition Preparer ____________ Social Security No. ____________

Address ____________

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

Signature of Bankruptcy Petition Preparer ____________ Date ____________

**A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the ____________ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the ____________ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____________ (Total shown on summary page plus 1) sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: ____________ Signature: ____________

____________
(Print or type name of individual signing on behalf of debtor)

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**


Copyright 1995 M. Mohr, Inc. [1-800-998-2424]

**United States Bankruptcy Court**
**Northern District of Illinois**

**IN RE**

| | |
|---|---|
| Perez, Ramiro | & Perez, Jenny |
| None | Jenny P. Perez |
| XXX-XX-0059 | XXX-XX-7483 |
| 1775 Lincoln | 1775 Lincoln |
| Des Plaines, IL 60018 | Des Plaines, IL 60018 |

Case No. __________

**DEBTOR(S)** Chapter 7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16-21. **If the answer to any question is "None", or the question is not applicable, mark the box labeled "None".** If additional space is needed for the answer to any question, use and attach a separate sheet property identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

"*In business.*" A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"*Insider.*" The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates' any managing agent of the debtor. (11 U.S.C. § 101).

### 1. Income from employment or operation of business

None
[X] State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT SOURCE (If more than one)


Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

**2. Income other than from employment or operation of business**

None

[X] State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None

[X] a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

[X] b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR; RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None

[ ] a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Lutheran General Hospital vs. Ramiro Perez No. 00 M1-156881 | Collection | Cook County | Pending |


Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

None
[X] b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
[ ] List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Ford Motor Credit Company<br>P.O.Box 64400<br>Colorado Springs, CO 80962-4400 | March, 2004 | 2002 Mercury Sable<br>$15,023.00 |

**6. Assignments and receiverships**

None
[X] a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
[X] b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|


Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

**7. Gifts**

None

[X] List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None

[X] List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None

[X] List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**10. Other transfers**

None

[X] List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|



Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

**11. Closed financial accounts**

None

[X] List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, association, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None

[X] List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None

[X] List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None

[X] List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|



Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

**15. Prior address of debtor**

None

[X] If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the two years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion only if the debtor is or has been in business, as defined above, within the two years immediately preceding the commencement of this case.)*

**16. Nature, location and name of business**

None

[X] a. If the debtor is an individual, list the names and address of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **two years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding the commencement of this case.

b. If the debtor is a partnership, list the names and address of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the **two years** immediately preceding the commencement of this case.

c. If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within the **two years** immediately preceding the commencement of this case.

| NAME | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES OF OPERATION |
|---|---|---|---|

**17. Books, records and financial statements**

None

[X] a. List all bookkeepers and accountants who within the **six years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|



Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

None
[X] b. List all firms who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME AND ADDRESS DATES SERVICES RENDERED

None
[X] c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME ADDRESS

None
[X] d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

NAME AND ADDRESS DATE ISSUED

**18. Inventories**

None
[X] a. List the dates of the last two inventories taken on your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |

None
[X] b. List the name and address of the person having possession of the records of each of the two inventories reported in a. above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |


Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

**19. Current partners, officers, directors and shareholders**

None
[X] a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None
[X] b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |

**20. Former partners, officers, directors and shareholders**

None
[X] a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None
[X] b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

**21. Withdrawals from a partnership or distributions by a corporation**

None
[X] If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |



Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date 06/22/04 Signature of Debtor Perez, Ramiro

Date 06/22/04 Signature of Joint Debtor (if any) Perez, Jenny

**CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed or Typed Name of Bankruptcy Petition Preparer

Social Security No.

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

Signature of Bankruptcy Petition Preparer

Date

**A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.**

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs, and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date

Signature

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

0 continuation sheets attached

**Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**



Copyright 1995 M. Mohr, Inc. [1-800-998-2424]

**United States Bankruptcy Court**
**Northern District of Illinois**

**IN RE**

Perez, Ramiro
None
XXX-XX-0059
1775 Lincoln
Des Plaines, IL 60018

& Perez, Jenny
Jenny P. Perez
XXX-XX-7483
1775 Lincoln
Des Plaines, IL 60018

Case No. ____________

**DEBTOR(S)** Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.
2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

a. *Property to Be Surrendered.*

| Description of Property | Creditor's Name |
|---|---|
| | |
| | |
| | |

b. *Property to Be Retained. [Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to §722 | Debt will be reaffirmed pursuant to §524(c) |
|---|---|---|---|---|
| 2001 Honda CRV | Honda Financial Services | | | X |
| 1997 Dodge Stratus | Chrysler Financial | | | X |
| 1775 Lincoln Ave., Des Pla | Beneficial | | | X |
| | | | | |
| | | | | |
| | | | | |

Date:____________ ____________ Debtor Perez, Ramiro ____________ Joint Debtor (if any) Perez, Jenny

**CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

____________
Printed or Typed Name of Bankruptcy Petition Preparer

____________
Social Security No.

____________
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

____________
Signature of Bankruptcy Petition Preparer

____________
Date

**A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.**



Copyright 1997 M. Mohr, Inc. [1-800-998-2424]

**United States Bankruptcy Court**
**Northern District of Illinois**

**IN RE**

Perez, Ramiro
None
XXX-XX-0059
1775 Lincoln
Des Plaines, IL 60018

& Perez, Jenny
Jenny P. Perez
XXX-XX-7483
1775 Lincoln
Des Plaines, IL 60018

Case No. ______________

**DEBTOR(S)** Chapter 7

# VERIFICATION OF CREDITOR MATRIX

**The above named debtors hereby verify that the attached matrix listing creditors is true to the best of our knowledge.**

Date: 06/22/04 Signature: [signature]
Perez, Ramiro
Debtor

Date: 06/22/04 Signature: [signature]
Perez, Jenny
(Joint Debtor, if any)

Date: ______________ Signature: [signature]
Attorney



Copyright 1998 M. Mohr, Inc. [1-800-998-2424]

Perez, Ramiro
1775 Lincoln
Des Plaines, IL 60018

Perez, Jenny
1775 Lincoln
Des Plaines, IL 60018

Law Offices of Scott E. Bellgrau
229 W. Grand Ave., Suite X
Bensenville, IL60106

Action Card
P.O. Box 5052
Sioux Falls, SD 57117-5052

Albert Speisman &
Associates, P.C.
David H. Moon
P.O. Box 637
Highland Park, IL 60035

Allied Interstate
P.O. Box 361774
Colombus, OH 43236

AT&T
2001 York Road
Oakbrook, IL 60523-8899

Beneficial
617 W. Golf Road
Des Plaines, IL 60018

Bruce M. Wamboldt
LGH vs Ramiro Perez
Attorney Of Record
6348 N. Milwaukee
Chicago, IL 60646

Business Office
1400 E. Irving Park Road
Streamwood, IL 60107

Capital One
P.O. Box 60000
Seattle, WA 98190-6000

Capital One
P.O. Box 34631
Seattle, WA 98190-6000

Chrysler Financial
P.O. Box 2993
Milwaukee, WI 53201-2993

Cingular Wireless
P.O. Box 6428
Carol Stream, IL 60197-6428

Citi Drivers Edge Card
P.O. Box 6415
The Lakes, NV 88901

Citi Financial
6010 Fairview Rd., Ste 105
Charlotte, NC 28222

Creditors Interchange
P.O.Box 1335
Buffalo, NY 14240-1335

Cross Country Bank
P.O. Box 310711
Boca Raton, FL 33431-0711

Cross Country Bank
Silver Card Preferred
P.O. Box 310711
Boca Raton, FL 33431-0711

Department Of Human Service
401 S. Clinton
Chicago, IL 60607

Fashion Bug
P.O. Box 856021
Louisville, KY 40285-6021

Ford Motor Credit Company
P.O. Box 6508
Mesa, AZ 85216-6508

Honda Financial Services
P.O. Box 5308
Elgin, IL 60121-5308

Household Bank
P.O. Box 17051
Baltimore, MD 21297

ICS Collection Service
ACCT*: 5900986
P.O. Box 646
Oak Lawn, IL 60454-0646

Jacob L. Moskovic,
M.D.,S.C.
120 West Eastman, Unit 202
Arlington Heights, IL 60004

Law Offices
Elena M Duarte
5901 N. Cicero Avenue
Chicago, IL 60646

NCO Financial Systems Inc
507 Prudential Road
Horsham, PA 19044

New York & Company
P.O. Box 659728
San Antonio, TX 78265

Orchad Bank
P.O. Box 80084
Salinas, CA 93912-0084

Providian Financial
P.O. Box 660763
Dallas, TX 75266-0763

Ressurection Health Care
100 North River Road
Des Plaines, IL 60016

Ressurection Health Care
100 N. River Road
Des Plaines, IL 60016-1278

Risk Management
1500 Commerce Drive
Mendota Heights, MN 55120-1025

RMP, Inc.
File No. 20-64915-0
B. Nitu
P.O. Box 925
Rosemont, IL 60018

RMP, Inc.
P.O. Box 830913
Birminham, AL 35283

Superior Air Ground
Amb Serv
P.O. Box 1407
Elmhurst, IL 60126

Susana Paredes
1775 Lincoln
Des Plaines, IL 60018

Yolanda Paredes
1775 Lincoln
Des Plaines, IL 60018