**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
NOV 19 2004
KENNETH S. GARDNER, CLERK
PS REP. - SJ

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 7** |
| | ) | **No. 04 B 33548** |
| **RAMIRO PEREZ** | ) | |
| **JENNY PEREZ** | ) | |
| | ) | **Honorable Jacqueline Cox** |
| | ) | **Hearing Date: Thursday,** |
| **Debtor.** | ) | **December 23, 2004, at 9:30 a.m.** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, December 23, 2004, at 9:30 a.m., or as soon thereafter as may be heard, I or my attorney shall appear before the Honorable Jacqueline Cox, in Courtroom No. 619 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in her absence, before any other Judge who may be sitting in her place or stead, and shall then and there present the Trustee's Motion to Dismiss, Extend Time to Object to Claim of Exempt Assets and to Object to Discharge, at which time and place you may appear, if you see fit. A copy of said Motion is attached hereto and is herewith served upon you. If the debtor appears at the rescheduled 341 Meeting on December 9, 2004, the Trustee will withdraw this motion.

PLEASE TAKE NOTICE that the 341 Meeting for the above-referenced bankruptcy proceeding is rescheduled for December 9, 2004, **at 11:30 a.m.** or as soon as thereafter may be heard.

DATED: November 18, 2004

**PHILIP V. MARTINO, INTERIM TRUSTEE**

By: ______________________
One of his Attorneys

OF COUNSEL:
Deborah M. Gutfeld (ARDC #06272331)
Brian A. Audette (ARDC #06277056)
**PIPER RUDNICK**
203 North LaSalle Street
Chicago, Illinois 60601
312/368-4000

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
NOV 19 2004
KENNETH S. GARDNER, CLERK
REP. SJ

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 7** |
| | ) | **No. 04 B 33548** |
| **RAMIRO PEREZ** | ) | |
| **JENNY PEREZ** | ) | |
| | ) | **Honorable Jacqueline Cox** |
| | ) | **Hearing Date: Thursday,** |
| **Debtor.** | ) | **December 23, 2004, at 9:30 a.m.** |

**MOTION TO DISMISS, EXTEND TIME TO OBJECT TO CLAIM OF EXEMPT ASSETS AND TO EXTEND TIME TO OBJECT TO DISCHARGE**

Philip V. Martino, Interim Trustee, pursuant to Fed. R. Bankr. Pro. 1017 and 4004, moves this Court to dismiss this bankruptcy (and to vacate any order of discharge as having been entered as a clerical error), or in the alternative to extend for 90 days the dates for trustee to object to Debtor's claim of exempt assets and to object to Debtor's discharge. In support hereof, Trustee states:

1. Philip V. Martino is the duly qualified and acting Interim Trustee in this case (the "Trustee").

2. The Trustee appeared to examine the Debtor on October 15, 2004, the date first set for the Section 341 Meeting of Creditors. The Debtor did not appear at the date set for the first Section 341 Meeting.

3. The Trustee appeared to examine the Debtor on November 9, 2004, the continued date set for the Section 341 Meeting of Creditors. The Debtor did not appear at the date set for this continued Section 341 Meeting.

4. As a result of Debtor's failure to appear, the Trustee has been unable to examine the Debtor as to Debtor's assets and liabilities, and has been unable to file appropriate reports to administer any possible assets.

5. The Trustee has rescheduled the Section 341 Meeting of Creditors to December 9, 2004, at 11:30 a.m. If the Debtor appears at the rescheduled meeting, the Trustee will withdraw this Motion to Dismiss.

**WHEREFORE,** Philip V. Martino respectfully requests this Court to enter an Order dismissing this case (and vacating any order of discharge which was entered as the result of clerical error) or, in the alternative to extend for 90 days the dates by which Trustee shall have to object to Debtor's claimed exemptions and to object to Debtor's discharge, and for such further relief as is reasonable and just.

**DATED:** November 18, 2004

**PHILIP V. MARTINO**
**INTERIM TRUSTEE**

By:______________________
One of his attorneys

OF COUNSEL:
Deborah M. Gutfeld (ARDC #06272331)
Brian A. Audette (ARDC #06277056)
**PIPER RUDNICK**
203 North LaSalle Street
Chicago, Illinois 60601-1293
(312)368-4000

**STATE OF ILLINOIS ) )SS. COUNTY OF COOK )**

**CERTIFICATE OF SERVICE**

I, Colleen A. Greer, under penalty of perjury, being first duly sworn upon oath, state that I caused a copy of the foregoing Notice of Motion and Motion to Dismiss, Extend Time to Object to Claim of Exempt Assets and Extend Time to Object to Discharge, to be served upon the parties on the attached Service List be depositing copies of same in the United States mail, proper postage affixed thereto, before the hour of 5:00 p.m. on the 19th day of November, 2004

Colleen A. Greer
Colleen A. Greer

**SERVICE LIST**

United States Trustee's Office
227 West Monroe Street
Suite 3350
Chicago, Illinois 60606

Scott E. Bellgrau
Law Offices of Scott E. Bellgrau
Suite X
229 West Grand Avenue
Bensenville, IL 60106

Ramior and Jenny Perez
1775 Lincoln
Des Plaines, IL 60018