IN RE Perez, Ramiro Case No. 04-33548

Debtor(s)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attached a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions only in Schedule C - Property Claimed as Exempt.

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Financial account | | 200.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | Household goods | | 2,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing | | 100.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

AMENDED

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
DEC - 6 2004
KENNETH S. GARDNER, CLERK
PS REP. - SG



Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

IN RE Perez, Ramiro Case No. 04-33548

Debtor(s)

# SCHEDULE B - PERSONAL PROPERTY (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |

AMENDED



Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

IN RE Perez, Ramiro Case No. 04-33548

Debtor(s)

# SCHEDULE B - PERSONAL PROPERTY (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1997 Dodge Stratus<br>1999 Dodge Ram Van<br>2001 Honda CRV | | 2,670.00<br>4,480.00<br>9,135.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |

AMENDED



Copyright 1998 M. Mohr, Inc. [1-800-998-2424]

IN RE Perez, Ramiro Case No. 04-33548
Debtor(s)

# SCHEDULE B - PERSONAL PROPERTY (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed, such as season tickets. Itemize. | X | | | |

AMENDED

TOTAL 18,585.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

0 continuation sheets attached



Copyright 1993 M. Muhr, Inc. [1-800-998-2424]

IN RE Perez, Ramiro Case No. 04-33548
Debtor(s)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for 180 immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Household goods and furnishings | | | |
| Household goods | 735 ILCS 5/12-1001(b) | 2,000.00 | 2,000.00 |
| Wearing apparel | | | |
| Clothing | 735 ILCS 5/12-1001(a)(e) | 100.00 | 100.00 |
| Automobiles, trucks, trailers, and other vehicles | | | |
| 2001 Honda CRV | 735 ILCS 5/12-1001(c)<br>735 ILCS 5/12-1001(b) | 2,400.00<br>2,000.00 | 9,135.00 |

AMENDED



Copyright 1996 M. Mohr, Inc. [1-800-998-2424]

IN RE Perez, Ramiro                                    Case No. 04-33548
Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H","W","J", or "C", respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED NATURE OF LIEN AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL / UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 411711-00-518416-1<br>Beneficial<br>617 W. Golf Road<br>Des Plaines, IL 60018 | | | Mortgage on residence.<br>Value $ 300,000.00 | | | | 294,493.24 |
| ACCOUNT NO. 1002591538<br>Chrysler Financial<br>P.O. Box 2993<br>Milwaukee, WI 53201-2993 | X | | Total amount due on 1997 Dodge Stratus.<br>Value $ 2,670.00 | | | | 3,000.00<br>330.00 |
| ACCOUNT NO.<br>Honda Financial Services<br>P.O. Box 5308<br>Elgin, IL 60121-5308 | | | Total amount due on 2001 Honda CRV.<br>Value $ 9,135.00 | | | | 3,221.50 |
| ACCOUNT NO. | | | Value $ | | | | |

AMENDED

PAID
DEC 06 2004
KENNETH S. GARDNER, CLERK
UNITED STATES BANKRUPTCY COURT
BY

0 Continuation Sheets attached

| | |
|---|---|
| Subtotal (Total of this page) | 300,714.74 |
| (Complete only on last sheet of Schedule D) TOTAL | 300,714.74 |

(Report total also on Summary of Schedules)


Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

**IN RE** Perez, Ramiro **Case No.** 04-33548

Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H","W","J", or "C", respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4777210844979466<br>Action Card<br>P.O. Box 5052<br>Sioux Falls, SD 57117-5052 | | | Credit card purchases. | | | | 958.41 |
| ACCOUNT NO. AMB0227000013<br>Alexican Brothers Behaviora<br>Health Hospital | | | Medical expenses. | | | | 6,895.30 |
| ACCOUNT NO.<br>Albert Speisman &<br>Associates, P.C.<br>P.O. Box 637<br>Highland Park, IL 60035 | | | Assignee or other notification for:<br>Alexican Brothers Behavi | | | | |
| ACCOUNT NO. 3305110853101<br>AT&T<br>2001 York Road<br>Oakbrook, IL 60523-8899 | | | Phone bill. | | | | 266.60 |

AMENDED

8 Continuation Sheets attached

Subtotal (Total of this page) 8,120.31

(Complete only on last sheet of Schedule F) TOTAL

(Report total also on Summary of Schedules)



Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

IN RE Perez, Ramiro Case No. 04-33548
Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>NCO Financial Systems Inc<br>507 Prudential Road<br>Horsham, PA 19044 | | | Assignee or other notification for: AT&T | | | | |
| ACCOUNT NO.<br>Risk Management<br>1500 Commerce Drive<br>Mendota Heights<br>MN 55120-1025 | | | Assignee or other notification for: AT&T | | | | |
| ACCOUNT NO. Case 00 M1-156881<br>Bruce M. Wamboldt<br>LGH vs Ramiro Perez<br>6348 N. Milwaukee<br>Chicago, IL 60646 | | | Medical expenses. | | | | 4,000.00 |
| ACCOUNT NO. 0003644<br>Business Office<br>1400 E. Irving Park Road<br>Streamwood, IL 60107 | | | Medical expenses. | | | | 2,700.00 |
| ACCOUNT NO. 4388642028758996<br>Capital One<br>P.O. Box 60000<br>Seattle, WA 98190-6000 | | | | | | | 526.20 |

AMENDED

Sheet 1 of 8 Continuation Sheets attached to Schedule F

Subtotal (Total of this page) 7,226.20

(Complete only on last sheet of Schedule F) TOTAL

(Report total also on Summary of Schedules)



Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

IN RE Perez, Ramiro Case No. 04-33548
Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Allied Interstate<br>P.O. Box 361774<br>Colombus, OH 43236 | | | Assignee or other notification for: Capital One | | | | |
| ACCOUNT NO.4121741601011864<br>Capital One<br>P.O. Box 34631<br>Seattle, WA 98190-6000 | | | Credit card purchases. | | | | 476.77 |
| ACCOUNT NO.48XW0K<br>Cingular Wireless<br>P.O. Box 6428<br>Carol Stream, IL 60197-6428 | | | Phone bill. | | | | 295.63 |
| ACCOUNT NO.<br>NCO Financial Systems Inc<br>507 Prudential Road<br>Horsham, PA 19044 | | | Assignee or other notification for: Cingular Wireless | | | | |
| ACCOUNT NO.5424180271455443<br>Citi Drivers Edge Card<br>P.O. Box 6415<br>The Lakes, NV 88901 | | | Credit card purchases. | | | | 1,852.88 |

AMENDED

Sheet 2 of 8 Continuation Sheets attached to Schedule F — Subtotal (Total of this page) 2,625.28

(Complete only on last sheet of Schedule F) TOTAL

(Report total also on Summary of Schedules)


Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

IN RE Perez, Ramiro Case No. 04-33548
Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 670901450322877<br>Citi Financial<br>6010 Fairview Rd., Ste 105<br>Charlotte, NC 28222 | | | Credit card purchases. | | | | 3,869.00 |
| ACCOUNT NO. 4227097483451345<br>Cross Country Bank<br>P.O. Box 310711<br>Boca Raton, FL 33431-0711 | | | Credit card purchases. | | | | 2,223.94 |
| ACCOUNT NO. 4227097254943363<br>Cross Country Bank<br>Silver Card Preferred<br>P.O. Box 310711<br>Boca Raton, FL 33431-0711 | | | Credit card purchases. | | | | 3,452.56 |
| ACCOUNT NO. 533174<br>Department Of Human Service<br>401 S. Clinton<br>Chicago, IL 60607 | | | | | | | 25,705.40 |
| ACCOUNT NO. 6004665262504965<br>Fashion Bug<br>P.O. Box 856021<br>Louisville, KY 40285-6021 | | | Credit card purchases. | | | | 210.08 |

AMENDED

Sheet 3 of 8 Continuation Sheets attached to Schedule F

Subtotal (Total of this page) 35,460.98

(Complete only on last sheet of Schedule F) TOTAL

(Report total also on Summary of Schedules)



Copyright 1994 M. Mohr, Inc. [1-800-998-2424]

IN RE Perez, Ramiro Case No. 04-33548
Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Ford Motor Credit Company<br>P.O. Box 6508<br>Mesa, AZ 85216-6508 | | | Total amount due on 2002 Mercury Sable. | | | | 7,035.75 |
| ACCOUNT NO. 00011863347<br>Holy Family Medical Center | | | Medical expenses. | | | | 317.13 |
| ACCOUNT NO.<br>RMP, Inc.<br>File No. 20-64915-0<br>P.O. Box 925<br>Rosemont, IL 60018 | | | Assignee or other notification for:<br>Holy Family Medical Cente | | | | |
| ACCOUNT NO. 6105616<br>Holy Family Medical Center | | | Medical expenses. | | | | 6,855.50 |
| ACCOUNT NO.<br>ICS Collection Service<br>P.O. Box 646<br>Oak Lawn, IL 60454-0646 | | | Assignee or other notification for:<br>Holy Family Medical Cente | | | | |

AMENDED

Sheet 4 of 8 Continuation Sheets attached to Schedule F

Subtotal (Total of this page) 14,208.38

(Complete only on last sheet of Schedule F) TOTAL

(Report total also on Summary of Schedules)



Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

IN RE Perez, Ramiro Case No. 04-33548
Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5407312051348187<br>Household Bank<br>P.O. Box 17051<br>Baltimore, MD 21297 | | | Credit card purchases. | | | | 423.62 |
| ACCOUNT NO. 308<br>Jacob L. Moskovic<br>M.D.,S.C.<br>120 West Eastman, Unit 202<br>Arlington Heights, IL 60004 | | | Medical expenses. | | | | 225.00 |
| ACCOUNT NO.<br>Law Offices<br>Elena M Duarte<br>5901 N. Cicero Avenue<br>Chicago, IL 60646 | | | Attorney fees. | | | | 1,771.67 |
| ACCOUNT NO. 686346222<br>New York & Company<br>P.O. Box 659728<br>San Antonio, TX 78265 | | | Credit card purchases. | | | | 87.66 |
| ACCOUNT NO. 5440450052280843<br>Orchad Bank<br>P.O. Box 80084<br>Salinas, CA 93912-0084 | | | Credit card purchases. | | | | 1,033.08 |

AMENDED

Sheet 5 of 8 Continuation Sheets attached to Schedule F

Subtotal (Total of this page) 3,541.03

(Complete only on last sheet of Schedule F) TOTAL

(Report total also on Summary of Schedules)



Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

IN RE Perez, Ramiro Case No. 04-33548
Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5542850800616833<br>Providian Financial<br>P.O. Box 660763<br>Dallas, TX 75266-0763 | | | Credit card purchases. | | | | 900.00 |
| ACCOUNT NO.<br>Creditors Interchange<br>P.O.Box 1335<br>Buffalo, NY 14240-1335 | | | Assignee or other notification for:<br>Providian Financial | | | | |
| ACCOUNT NO. 4465682200563984<br>Providian Financial<br>P.O. Box 660763<br>Dallas, TX 75266-0763 | | | Credit card purchases. | | | | 9,922.36 |
| ACCOUNT NO. 4479410900404315<br>Providian Financial<br>P.O. Box 660763<br>Dallas, TX 75266-0763 | | | Credit card purchases. | | | | 3,301.76 |
| ACCOUNT NO. 12032835<br>Ressurection Health Care<br>100 North River Road<br>Des Plaines, IL 60016 | | | Medical expenses. | | | | 694.50 |

AMENDED

Sheet 6 of 8 Continuation Sheets attached to Schedule F — Subtotal (Total of this page) 14,818.62

(Complete only on last sheet of Schedule F) TOTAL

(Report total also on Summary of Schedules)


Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

**IN RE** Perez, Ramiro
Debtor(s)

**Case No.** 04-33548

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 11896784<br>Ressurection Health Care<br>100 N. River Road<br>Des Plaines, IL 60016-1278 | | | Medical expenses. | | | | 492.50 |
| ACCOUNT NO. 12023453<br>Ressurection Health Care<br>100 N. River Road<br>Des Plaines, IL 60016-1278 | | | Medical expenses. | | | | 697.50 |
| ACCOUNT NO. 12036349<br>Ressurection Health Care<br>100 N. River Road<br>Des Plaines, IL 60016-1278 | | | Medical expenses. | | | | 4,649.85 |
| ACCOUNT NO.<br>RMP, Inc.<br>P.O. Box 830913<br>Birminham, AL 35283 | | | Assignee or other notification for: Ressurection Health Care | | | | |
| ACCOUNT NO. 134617<br>Superior Air Ground Amb Serv<br>P.O. Box 1407<br>Elmhurst, IL 60126 | | | Medical expenses. | | | | 706.61 |

AMENDED

Sheet 7 of 8 Continuation Sheets attached to Schedule F

Subtotal (Total of this page) 6,546.46

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)



Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

IN RE Perez, Ramiro Debtor(s) Case No. 04-33548

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Susana Paredes<br>1775 Lincoln<br>Des Plaines, IL 60018 | | | Total amount due on 1997 Dodge Stratus. | | | | 3,000.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

AMENDED

Sheet 8 of 8 Continuation Sheets attached to Schedule F

Subtotal (Total of this page) 3,000.00

(Complete only on last sheet of Schedule F) TOTAL 95,547.26

(Report total also on Summary of Schedules)



Copyright 1991 M. Mohr, Inc. |1-800-998-2424|

**IN RE** Perez, Ramiro **Case No.** 04-33548

Debtor(s)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Susana Paredes<br>1775 Lincoln<br>Des Plaines, IL 60018 | Chrysler Financial<br>P.O. Box 2993<br>Milwaukee, WI 53201-2993 |

AMENDED



Copyright 1993 M. Mohr, Inc. [1-800-998-2424]