**Form B18** (Official Form 18)(12/03)

# United States Bankruptcy Court

Northern District of Illinois

**Case No. 04−33548**

**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ramiro Perez<br>1775 Lincoln<br>Des Plaines, IL 60018 | Jenny Perez<br>aka Jenny P Perez<br>1775 Lincoln<br>Des Plaines, IL 60018 |

Social Security No.:

| | |
|---|---|
| xxx−xx−0059 | xxx−xx−7483 |

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: December 22, 2004

Kenneth S. Gardner, Clerk
United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**EXPLANATION OF BANKRUPTCY DISCHARGE
IN A CHAPTER 7 CASE**

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: rgreen              Page 1 of 2              Date Rcvd: Dec 22, 2004
Case: 04-33548                Form ID: b18              Total Served: 41
```

```
The following entities were served by first class mail on Dec 24, 2004.
db         +Ramiro Perez,   1775 Lincoln,   Des Plaines, IL 60018-1732
jdb        +Jenny Perez,   1775 Lincoln,   Des Plaines, IL 60018-1732
aty        +Brian A Audette,   Piper Rudnick LLP,   203 North Lasalle Street,   Chicago, IL 60601-1210
aty        +Scott E Bellagrau,   Law Office Of Scott E Bellagru,   229 West Grand Avenue Suite X,
              Bensenville, IL 60106-3365
tr         +Philip V Martino, ESQ,   Piper Rudnik LLP,   203 N Lasalle St Ste 1800,   Chicago, IL 60601-1264
8471888     AT&T,   2001 York Road,   Oakbrook, IL  60523-8899
8471885     Action Card,   P.O. Box 5052,   Sioux Falls, SD  57117-5052
8471886    +Albert Speisman &,   Associates, P.C.,   David H. Moon,   P.O. Box 637,
              Highland Park, IL 60035-0637
8471887    +Allied Interstate,   P.O. Box 361774,   Colombus, OH 43236-1774
8471889    +Beneficial,   617 W. Golf Road,   Des Plaines, IL 60016-2498
8471890    +Bruce M. Wamboldt,   LGH vs Ramiro Perez,   Attorney Of Record,   6348 N. Milwaukee,
              Chicago, IL 60646-3728
8471891    +Business Office,   1400 E. Irving Park Road,   Streamwood, IL 60107-3201
8471895     Cingular Wireless,   P.O. Box 6428,   Carol Stream, IL  60197-6428
8471896    +Citi Drivers Edge Card,   P.O. Box 6415,   The Lakes, NV 88901-6415
8471897    +Citi Financial,   6010 Fairview Rd., Ste 105,   Charlotte, NC 28210-3276
8471898     Creditors Interchange,   P.O.Box 1335,   Buffalo, NY  14240-1335
8471900     Cross Country Bank,   Silver Card Preferred,   P.O. Box 310711,   Boca Raton, FL  33431-0711
8471899     Cross Country Bank,   P.O. Box 310711,   Boca Raton, FL  33431-0711
8471901    +Department Of Human Service,   401 S. Clinton,   Chicago, IL 60607-3800
8471902     Fashion Bug,   P.O. Box 856021,   Louisville, KY  40285-6021
8471903     Ford Motor Credit Company,   P.O. Box 6508,   Mesa, AZ  85216-6508
8471904     Honda Financial Services,   P.O. Box 5308,   Elgin, IL  60121-5308
8471905    +Household Bank,   P.O. Box 17051,   Baltimore, MD 21297-1051
8471906     ICS Collection Service,   ACCT#: 5900986,   P.O. Box 646,   Oak Lawn, IL  60454-0646
8471907    +Jacob L. Moskovic,,   M.D.,S.C.,   120 West Eastman, Unit 202,   Arlington Heights, IL 60004-5949
8471908    +Law Offices,   Elena M Duarte,   5901 N. Cicero Avenue,   Chicago, IL 60646-5717
8471909    +NCO Financial Systems Inc,   507 Prudential Road,   Horsham, PA 19044-2368
8471911     Orchad Bank,   P.O. Box 80084,   Salinas, CA  93912-0084
8471916    +RMP, Inc.,   File No. 20-64915-0,   B. Nitu,   P.O. Box 925,   Rosemont, IL 60018-0925
8471917    +RMP, Inc.,   P.O. Box 830913,   Birminham, AL 35283-0913
8471913    +Ressurection Health Care,   100 North River Road,   Des Plaines, IL 60016-1209
8471914    +Ressurection Health Care,   100 N. River Road,   Des Plaines, IL 60016-1209
8471915    +Risk Management,   1500 Commerce Drive,   Mendota Heights, MN 55120-1023
8471918    +Superior Air Ground,   Amb Serv,   P.O. Box 1407,   Elmhurst, IL 60126-8407
8471919    +Susana Paredes,   1775 Lincoln,   Des Plaines, IL 60018-1732
8471920    +Yolanda Paredes,   1775 Lincoln,   Des Plaines, IL 60018-1732

The following entities were served by electronic transmission on Dec 23, 2004 and receipt of the transmission
was confirmed on:
8471893     EDI: CAPITALONE.COM Dec 23 2004 08:19:00     Capital One,   P.O. Box 34631,
              Seattle, WA  98190-6000
8471892     EDI: CAPITALONE.COM Dec 23 2004 08:19:00     Capital One,   P.O. Box 60000,
              Seattle, WA  98190-6000
8471894     EDI: CHRYSLER.COM Dec 23 2004 08:19:00     Chrysler Financial,   P.O. Box 2993,
              Milwaukee, WI  53201-2993
8471905    +EDI: HFC.COM Dec 23 2004 08:19:00     Household Bank,   P.O. Box 17051,   Baltimore, MD 21297-1051
8471910    +EDI: WTRWFNNB.COM Dec 23 2004 08:18:00     New York & Company,   P.O. Box 659728,
              San Antonio, TX 78265-9728
8471912     EDI: PROVID.COM Dec 23 2004 08:19:00     Providian Financial,   P.O. Box 660763,
              Dallas, TX  75266-0763
                                                                                                   TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8745229     Alexican Brothers Behaviora,   Health Hospital
8745266     Holy Family Medical Center
                                                                                                   TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

District/off: 0752-1 | User: rgreen | Page 2 of 2 | Date Rcvd: Dec 22, 2004
Case: 04-33548 | Form ID: b18 | Total Served: 41

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 24, 2004** **Signature:** Joseph Speetjens